**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  CARLOS DEL AMO,                                          Case No.: 22-17119-LMI
     Debtor.            /                        Chapter 7

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE**

PLEASE TAKE NOTICE that the undersigned hereby files his Notice of Appearance as Attorney for Creditor, Storey Mountain, LLC, in the above styled cause, and requests that a copy of each notice of any proceeding, hearing and/or report in this matter, be served upon the undersigned at the address indicated below.

    Respectfully Submitted,

    The Bankruptcy Law Offices
    of James Schwitalla, P.A.
    Attorney for Storey Mountain, LLC
    12954 S.W. 133 Court
    Miami, Florida 33186
    Office (305) 278-0811


    /s/ James Schwitalla
    James Schwitalla, Esquire
    F.B.N. 911488
    jws@MiamiBKC.net