UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TD BANK, N.A.,

CASE NO.: 22-17119-LMI

    Plaintiff,

v.

Chapter 7

CARLOS C. DEL AMO

    Debtor.
_____/

## STIPULATION AND SETTLEMENT AGREEMENT

THIS STIPULATION AND SETTLEMENT AGREEMENT is made and entered into this 3rd day of August, 2023, by and between the plaintiff, TD BANK, N.A. ("TD Bank"), CARLOS C. DEL AMO (the "Debtor") and CARLOS C. DEL AMO, P.A. (the "PA").

**W I T N E S S E T H:**

WHEREAS, on or about October 21, 2019, the PA executed and delivered a Business Loan Agreement, a Promissory Note in the amount of $150,000.00, and a Security Agreement to TD Bank (the "PA Loan").

WHEREAS, on or about October 21, 2019, the Debtor executed and delivered a guaranty of the PA Loan to TD Bank (the "Guaranty").

WHEREAS, on or about September 14, 2022, the Debtor filed this Chapter 7 Bankruptcy Case with a Case No. 22-17119-LMl in the Bankruptcy Court for the Southern District of Florida, Miami Division (the "Bankruptcy Case").

WHEREAS, TD Bank filed a Proof of Claim in the amount of $130,581.14 in the Bankruptcy Case.

WHEREAS, the Parties to this Agreement desire to settle the matters which are the subject of the Bankruptcy Case, the PA Loan, the Guaranty and the Proof of Claim amicably according to the following terms and conditions.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. **COMPROMISE.** The Parties agree that the sums remain due and owing to TD Bank (and under the PA Loan and Guaranty) are provided for in the Proof of Claim. The Parties understand and agree that additional interest, attorneys' fees, costs and other charges continue to accrue until all amounts owed to TD Bank under the PA Loan is paid in full. The Parties agree, through this Agreement, to fully compromise, finally settle, and fully release all claims, disputes and differences related to the Bankruptcy Case, the PA Loan, the Guaranty and the Proof of Claim. In exchange for a full and final release of any claims in the Bankruptcy Case, the PA Loan, the Guaranty and the Proof of Claim, together with all attorneys' fees and costs, the Debtor shall deliver to TD Bank the total amount of $18,500.00 in certified funds and delivered to counsel for TD Bank within fourteen (14) days of execution of this Agreement or Court approval of this Agreement, whichever is later (the "Settlement Payment"). TD Bank shall withdraw the Proof of Claim filed in the Bankruptcy Case and shall deliver to PA the PA Loan marked Paid, cancel the Guaranty, and file a UCC termination statement within fourteen (14) days of receipt of the Settlement Payment.

2. **RIGHTS IN THE EVENT OF PAYMENT DEFAULT OR OTHER BREACH.** Should the Debtor fail to pay to TD Bank the amounts provided herein or should the Debtor fail to perform any other obligation hereunder, time being expressly made of the essence, then TD Bank shall be entitled to include all post-petition attorney's fees and costs in an

amended proof of claim and immediately be entitled to relief from the automatic stay to pursue the PA in state court. TD Bank shall also immediately be entitled to obtain a Consent Judgment against the PA without notice and to schedule an immediate sale of all collateral without notice. The Debtor and the PA waive any and all defenses, argument or opposition to TD Bank's ability to obtain a Consent Judgment against the PA, to the manner in which TD Bank decides to sell the collateral, the setting of any sale of the collateral, the scheduling of any sale, or any resulting deficiency. Further, TD Bank shall be entitled to recover its reasonable costs and attorneys' fees incurred through the date of this Agreement together with all reasonable attorneys' fees and costs incurred, at both the trial and appellate levels, in any action to enforce this Agreement, to obtain a sale or to otherwise to enforce the PA Loan.

3. **RELEASE BY DEBTOR AND THE PA.** Except for their rights under this Agreement, the Debtor and the PA fully, wholly, absolutely and unconditionally release, waive, relinquish and give up all claims, demands, setoffs, defenses, counterclaims and causes of action of any kind, whether in law or in equity, against TD Bank, its respective representatives, employees, predecessors, successors, heirs, assigns, officers, directors, managers, members and attorneys, jointly and severally, which now may, or could have been, asserted.

4. **RELEASE OF DEBTOR AND THE PA.** If the payment obligation of the Debtor under this Agreement is fully and timely satisfied, including the full and timely payment of all sums due as described in paragraph 1 above, time being expressly made of the essence, then TD Bank shall (i) fully, wholly, absolutely and unconditionally release, waive, relinquish and give up all claims, demands and causes of action of any kind against the Debtor and the PA, their successors, heirs, spouses, legal representatives, insurers or assigns, or any person or entity

claiming by, through or under any of them, for any matter or thing whatsoever that occurred prior to the effective date of this Settlement Agreement.

5. **RESERVATION OF TD'S RIGHTS.** TD Bank does not by this Agreement waive any rights or remedies which it may have against the Debtor and PA, unless and until the payment called for herein are timely made and unless and until the Debtor and the PA have fully complied with all of their obligations under this Agreement.

6. **ATTORNEYS' FEES AND COSTS.** Each party will bear their own costs and attorneys' fees in connection with this case through the execution of this Agreement unless there is a default hereunder. In the event of default, the non-defaulting party is entitled to recover attorneys' fees and costs on both the trial and appellate level.

7. **WAIVER OF JURY TRIAL.** The Debtor and the PA waive trial by jury in any proceeding which refers or relates to the subject matter loans, including this Agreement.

8. **AGREEMENT TO BE INTERPRETED BY LAWS OF FLORIDA.** This Agreement shall be interpreted, construed and enforced in accordance with the laws of the State of Florida.

9. **STIPULATION PART OF COURT RECORD.** This stipulation shall be filed as part of the record in Case No. 22-17119-LMI, Bankruptcy Court, Southern District of Florida, Miami Division.

10. **EFFECTIVE DATE/CLOSING.** This Agreement shall become binding and be closed by the execution hereof by all Parties.

11. **AGREEMENT TO EXECUTE AND DELIVER DOCUMENTS AND COOPERATE.** The Parties agree that they respectively shall, upon being requested by the other party to do so, execute and deliver promptly any and all such deeds, assignments, authorizations,

4

instruments, papers or documents of any and every kind and character as may be reasonably required, necessary or proper for the purpose of giving full force and effect to this Agreement and to the covenants, conditions, and agreements contained herein. Furthermore, the Parties agree to cooperate and to do all things necessary to accomplish the intention of this Agreement.

12. **INCORPORATION BY REFERENCE, RECITALS**. All documents referred to in this Agreement are made a part hereof and incorporated herein by reference.

13. **COPIES**. Any true executed copy of this Agreement shall be deemed to constitute an original of the same.

14. **CONSTRUCTION OF AGREEMENT AND INTERPRETATION OF AMBIGUITIES OR DOUBTFUL LANGUAGE**. No provision in this Agreement shall be interpreted for or against either party because that party's attorney drafted such provision.

15. **ENTIRE AGREEMENT**. This Agreement represents the full, complete and entire agreement between the Parties concerning the settlement of the PA Loan, the Guaranty, the Proof of Claim and the Bankruptcy Case. This Agreement may only be modified in writing, signed by all Parties. Notwithstanding the foregoing, the loan documents attached to TD Bank's Proof of Claim shall remain in full force and effect until fully satisfied according to the terms and conditions of the loan documents, as modified by this Agreement.

IN WITNESS WHEREOF, this Stipulation and Settlement Agreement has been agreed to and executed by the undersigned this 3rd day of August, 2023.

TD BANK, N.A.

_____
By: Robert Addea
Its: Vice President
DATED: 8/23/2023

**CARLOS DEL AMO, P.A.**

By: _Carlos del Amo_
Its: _President_

DATED: _8/3/2023_

_____
**CARLOS DEL AMO**

DATED: 8/3/2023

8